# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KEENAN'S KIDS FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No.: |
| -vs.- | ) ) ) | JURY TRIAL DEMANDED |
| SEAN CLAGGETT | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Keenan's Kids Foundation, Inc. ("Keenan's Kids"), submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for Keenan's Kids in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff: Keenan's Kids Foundation, Inc.

    Defendant: Sean Claggett, an individual.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Not applicable

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**

John M. Bowler
Michael D. Hobbs, Jr.
Lindsay Mitchell Henner
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street, NE
Atlanta, Georgia 30308

**Defendant**

Unknown at this time.

Dated: April 21, 2020						Respectfully submitted,

  */s/ John M. Bowler*
John M. Bowler
Georgia Bar No. 071770
Michael D. Hobbs, Jr.
Georgia Bar No. 358160
Lindsay Mitchell Henner
Georgia Bar No. 272310
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel: (404) 885-3000
Fax: (404) 962-6513
john.bowler@troutman.com
michael.hobbs@troutman.com
lindsay.henner@troutman.com

*Attorneys for Plaintiff Keenan's Kids Foundation, Inc.*