## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:20-CV-1702

Plaintiff/Petitioner:
**KEENAN'S KIDS FOUNDATION, INC.**
vs.
Defendant/Respondent:
**SEAN CLAGGETT**

Received by HPS Process Service & Investigations to be served on **Sean Claggett, 601 Michael Place, Newport Beach, CA 92663**. I, George Sano, do hereby affirm that on the 7 day of May, 20 20 at 4 :30 p.m., executed service by delivering a true copy of the Summons in a Civil Action; Complaint; Exhibit 1; and Civil Cover Sheet in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to _____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

(X) MILITARY SERVICE: ( )YES _____ BRANCH (X) NO

COMMENTS: Description: White Male 45 y/o 6'2" 220 Brown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 2623
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020008094
Ref: 255431.000007

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c