# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KEENAN'S KIDS FOUNDATION, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**SEAN CLAGGETT,**<br><br>**Defendant.** | **CIVIL ACTION NO:**<br>**1:20-cv-01702-WMR** |

## DEFENDANT SEAN CLAGGETT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff Keenan's Kids Foundation, Inc.

Defendant Sean Claggett

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Don Keenan

Keenan Law Firm

Claggett & Sykes Law Firm

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Sean Claggett in this proceeding:

Joseph C. Sharp, Esq.
Polsinelli PC
1201 West Peachtree Street, N.W.
Suite 1100
Atlanta, Georgia 30309
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
jsharp@polsinelli.com

Respectfully submitted on June 1, 2020.

                                 *s / Joseph C. Sharp, Esq.*
                                 Joseph C. Sharp, Esq.
                                 Georgia Bar No. 637965
                                 POLSINELLI PC
                                 1201 West Peachtree Street, NW, Suite 1100
                                 Atlanta, GA  30309
                                 Telephone: (404) 253-6000
                                 Facsimile: (404) 253-6060
                                 Email: jsharp@polsinelli.com

                                 *Counsel for Defendant Sean Claggett*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **KEENAN'S KIDS FOUNDATION, INC.** | |
| Plaintiff, | **CIVIL ACTION NO: 1:20-cv-01702-WMR** |
| v. | |
| **SEAN CLAGGETT,** | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing **DEFENDANT SEAN CLAGGETT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been prepared in Times New Roman, 14-point font, in conformance with Local Rule 5.1C.

*s/ Joseph C. Sharp, Esq.*
Joseph C. Sharp, Esq.

*Counsel for Defendant Sean Claggett*

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KEENAN'S KIDS FOUNDATION, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**SEAN CLAGGETT,**<br><br>Defendant. | **CIVIL ACTION NO:**<br>**1:20-cv-01702-WMR** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I have electronically filed the foregoing **DEFENDANT SEAN CLAGGETT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send notice of its filing to the following counsel of record:

John M. Bowler, Esq. (john.bowler@troutman.com)
Michael D. Hobbs, Jr., Esq. (michael.hobbs@troutman.com)
Lindsay Mitchell Henner, Esq. (lindsay.henner@troutman.com)
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Bank of America Plaza, Suite 3000
Atlanta, GA 30308

Respectfully submitted this 1st day of June, 2020.

*s/ Joseph C. Sharp, Esq.*
Joseph C. Sharp, Esq.

*Counsel for Defendant Sean Claggett*