IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Keenan's Kids Foundation, Inc.**,

   Plaintiff,

    v.

**Sean Claggett**,

   Defendant.

CIVIL ACTION FILE
NO. 1:20-cv-01702-WMR

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS [DOC 13] AND ORDERING PARTIES TO MEDIATE DISPUTE

The Court having reviewed and considered Defendant Sean Claggett's Motion to Dismiss [Doc 13] filed on May 27, 2020, Plaintiff Keenan's Kids Foundation, Inc.'s response thereto filed on July 7, 2020, and the Defendant's reply filed on July 21, 2020;

WHEREAS, this case includes claims for alleged violations of the Defend Trade Secrets Act of 2018 (18 USC §1836 et seq.), the Georgia Trade Secrets Act of 1990 (O.C.G.A. § 10-1-760 et seq.), breach of contract, and breach of implied contract;

WHEREAS, the Court does not believe that this matter should properly be resolved pursuant to a Motion to Dismiss, but rather, should only be resolved after a full and complete period of discovery, whether such disposition should come pursuant to a motion for summary judgment or a trial;

It is therefore ORDERED that Defendant's Motion to Dismiss [Doc 13] is hereby DENIED. Defendant should proceed to file its answer in this case, and the parties should then proceed with discovery pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Georgia.

SO ORDERED, this 7th day of August, 2020.

_____
WILLIAM M. RAY, II
United States District Judge