## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **KEENAN'S KIDS FOUNDATION, INC.,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO. 1:20-cv-01702-WMR** |
| **v.** | **JURY TRIAL DEMANDED** |
| **SEAN CLAGGETT,** | |
| **Defendants.** | |

### <u>5.4 CERTIFICATE OF SERVICE</u>

I hereby certify that in this 26th day of October, 2020, pursuant to Uniform Civil Local Rule 5.4, I served a copy of DEFENDANT'S REPONSES TO PLAINTIFF'S INTERROGATORRIES, REQUEST FOR PRODUCTION OF DOCUMENTS, and REQUEST FOR ADMISSIONS upon counsel of record in the above-styled case via U.S. Mail as follows:

John M. Bowler
John.Bowler@troutman.com
Michael D. Hobbs Jr.
Michael.Hobbs@troutman.com
Lindsay Mitchell Henner
Lindsay.Henner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308-2216

Respectfully submitted this 26th day of October, 2020.

**POLSINELLI PC**                          *s/ Joseph C. Sharp*
1201 West Peachtree Street, NW,            Joseph C. Sharp
Suite 1100                                 Georgia Bar No. 637965
Atlanta, GA  30309
Telephone:  404.253.6000                   *Attorney for Defendant Sean Claggett*
Fax:  404.253.6060
*jsharp@polsinelli.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **KEENAN'S KIDS FOUNDATION, INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**SEAN CLAGGETT,**<br><br>   **Defendants.** | **CIVIL ACTION FILE NO. 1:20-cv-01702-WMR**<br><br>**JURY TRIAL DEMANDED** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 26th day of October, 2020 served a copy of the

foregoing upon all counsel of record via the CM/ECF system to:

John M. Bowler
John.Bowler@troutman.com
Michael D. Hobbs Jr.
Michael.Hobbs@troutman.com
Lindsay Mitchell Henner
Lindsay.Henner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308-2216

*s/ Joseph C. Sharp*
Joseph C. Sharp