# EXHIBIT D

| | |
|---|---|
| **From:** | Bowler, John M. <john.bowler@troutman.com> |
| **Sent:** | Monday, January 4, 2021 4:15 PM |
| **To:** | Joseph Sharp |
| **Cc:** | Hobbs, Michael D.; Henner, Lindsay Mitchell |
| **Subject:** | RE: Keenan's Kids Foundation v. Claggett |

**EXTERNAL EMAIL**   john.bowler@troutman.com

Joe,

As you know, there is no requirement under the discovery rules to provide a written response to a discovery letter. And, as a general rule, such back-and-forth correspondence is not considered without leave of court when discovery matters are before the district court for its consideration.

We don't plan to respond to your discovery letter with a point by point letter. Rather, as I offered earlier, we are prepared to discuss all the points raised in your letter on a mutual meet and confer call. If the dates previously offered for next week are not workable for you, we can make ourselves available to you for a call as early as this Friday. In the meantime, we plan to identify the deficiencies in your client's written discovery responses by this Wednesday.

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** Joseph Sharp <JSharp@Polsinelli.com>
**Sent:** Wednesday, December 30, 2020 12:54 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** Hobbs, Michael D. <michael.hobbs@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Subject:** RE: Keenan's Kids Foundation v. Claggett

**EXTERNAL SENDER**

John: Although we appreciate the update, the case needs to move forward. To that end, we request that you provide a substantive response to our December 21, 2020 letter on or before Monday, January 4, 2021, which affords Plaintiff more than sufficient time to address the issues raised in our letter.

As to a discovery conference, until we receive a substantive response, we will not know whether such a conference is necessary or appropriate. However, if necessary, I will be available shortly after receiving a substantive response. We will produce documents next week. Given that we have agreed to the protective order, we request that Plaintiff begin its production by January 8, 2021.
Mr. Claggett is available the week of February 8, 2021 for his deposition.

Joe

**Joseph Sharp**
*Shareholder*

jsharp@polsinelli.com
**404.253.6028**
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

*"Tier One: Nationally ranked for Commercial Litigation,
U.S.News and World Report's 2021 'Best Law Firms'"*



Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Tuesday, December 29, 2020 4:58 PM
**To:** Joseph Sharp <JSharp@Polsinelli.com>
**Cc:** Hobbs, Michael D. <michael.hobbs@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Subject:** Keenan's Kids Foundation v. Claggett

**EXTERNAL EMAIL** john.bowler@troutman.com

Joe,

Sorry for the delayed acknowledgment of your email. We're in receipt of your discovery letter sent during Christmas week, asking for a response today.

We're reviewing your letter and will respond in due course. In the meantime, we've yet to receive any response to our client's request of November 18 as to what date we will receive Mr. Claggett's document production and a date thereafter when he will make himself available for a deposition. There are also some deficiencies with Mr. Claggett's responses to written discovery which we will identify in the coming days.

Let's set a mutual meet and confer on all issues for the week of January 11. January 13 looks good other than 3PM-4:30PM. So does the morning of January 14.

Also, your edits to the protective order are acceptable. We will file the protective order with the court.


**John M. Bowler**
**Partner**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

---

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a higher commitment to client care.

3

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.