# EXHIBIT E

| | |
|---|---|
| **From:** | Joseph Sharp |
| **Sent:** | Wednesday, January 20, 2021 2:31 PM |
| **To:** | 'Henner, Lindsay Mitchell' |
| **Cc:** | 'Hobbs, Michael D.'; 'Bowler, John M.' |
| **Subject:** | RE: Keenan's Kids Foundation v. Claggett: Document Production |
| **Importance:** | High |

Lindsay: We are unable to download the video "HIGHLY CONFIDENTIAL KKF_000334 Voir Dire Pie - Don Keenan.mp4." Could you please re-send.

You indicated in our call that Plaintiff would be making a rolling production. Do you intend to supplement the production? If so, when will you produce the remaining responsive documents you are willing to produce.

Thanks. Joe


**Joseph Sharp**
*Shareholder*

jsharp@polsinelli.com

404.253.6028
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

*"Tier One: Nationally ranked for Commercial Litigation, U.S.News and World Report's 2021 'Best Law Firms'"*



Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Friday, January 15, 2021 4:14 PM
**To:** Joseph Sharp <JSharp@Polsinelli.com>
**Cc:** Hobbs, Michael D. <michael.hobbs@troutman.com>; Bowler, John M. <john.bowler@troutman.com>
**Subject:** RE: Keenan's Kids Foundation v. Claggett: Document Production

**EXTERNAL EMAIL**   lindsay.henner@troutman.com

Joe,

Please find Keenan's first production available for download at the link below.

https://www.dropbox.com/sh/8f4v54ifq8opiff/AABiAEvwF0LkceVYPvp0lU_2a?dl=0

**Lindsay Mitchell Henner**
Associate
**troutman** pepper
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

---

**From:** Joseph Sharp <JSharp@Polsinelli.com>
**Sent:** Thursday, January 7, 2021 5:09 PM
**To:** Bowler, John M. <john.bowler@troutman.com>; Hobbs, Michael D. <michael.hobbs@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Subject:** Keenan's Kids Foundation v. Claggett: Document Production

**EXTERNAL SENDER**

Below is a link to documents numbered SC00001-SC001461, which we are producing in response to Plaintiff's document requests. Joe

https://www.dropbox.com/sh/hm1ptpv0fq17c10/AAD0WDADlPtJpYG3_U64Jr3za?dl=0


**Joseph Sharp**
*Shareholder*

jsharp@polsinelli.com
**404.253.6028**
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

*"Tier One: Nationally ranked for Commercial Litigation, U.S.News and World Report's 2021 'Best Law Firms'"*


Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should

2

scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.