# EXHIBIT G

| | |
|---|---|
| **From:** | Joseph Sharp |
| **Sent:** | Monday, February 1, 2021 2:56 PM |
| **To:** | 'Bowler, John M.' |
| **Cc:** | 'Henner, Lindsay Mitchell'; 'Hobbs, Michael D.' |
| **Subject:** | RE: Keenan's Kids Foundation v. Claggett: Dismissal |
| **Attachments:** | 76247514_1-c-c.pdf |

John: I hope you are well. It has been over a week since you told me that Plaintiff would be dismissing the case. At this point, because the case remains pending, we need to move forward with discovery.
To that end, please:
1. Respond by close of business Wednesday, February 3, 2021 to my January 21, 2021 letter which is attached; and
2. Provide this week dates within the next month when Don Keenan, Mindy Bish and David Hoey can be available for depositions. We can be available the week of February 22, 2021 for the depositions.
Of course, we will work with you to schedule Mr. Claggett's deposition.
Thanks. Joe

**Joseph Sharp**
*Shareholder*

jsharp@polsinelli.com
404.253.6028
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

*"Tier One: Nationally ranked for Commercial Litigation, U.S.News and World Report's 2021 'Best Law Firms'"*



Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Friday, January 22, 2021 2:40 PM
**To:** Joseph Sharp <JSharp@Polsinelli.com>
**Cc:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Hobbs, Michael D. <michael.hobbs@troutman.com>
**Subject:** RE: Keenan's Kids Foundation v. Claggett: Dismissal

**EXTERNAL EMAIL**   john.bowler@troutman.com

Joe,

Our client is evaluating your client's proposal. We expect to be able to respond with our client's position in a few days. We will respond to your other emails to Lindsay in due course and depending on the dismissal decision. Thanks.

John

**John M. Bowler**
Partner
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** Joseph Sharp <JSharp@Polsinelli.com>
**Sent:** Thursday, January 21, 2021 1:50 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Hobbs, Michael D. <michael.hobbs@troutman.com>
**Subject:** Keenan's Kids Foundation v. Claggett: Dismissal

**EXTERNAL SENDER**

John: I am following up on our call of today. Mr. Claggett will stipulate to a dismissal if: 1. The dismissal is with Prejudice; 2. Plaintiff pays Mr. Claggett $77,500 to reimburse him for the attorney's fees and expenses he has incurred related to the case; and 3. Plaintiff states in writing that the voir dire and other courses Mr. Claggett is currently teaching do not violate any of Plaintiff's rights, and Plaintiff has no objection to the content of such courses or to Mr. Claggett continuing to teach such courses.
Please advise as to Plaintiff's position.
Thanks. Joe

**Joseph Sharp**
*Shareholder*

jsharp@polsinelli.com
**404.253.6028**
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

*"Tier One: Nationally ranked for Commercial Litigation, U.S.News and World Report's 2021 'Best Law Firms'"*


Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly

2

prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.