IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Keenan's Kids Foundation, Inc.**, <br><br>   Plaintiff, <br><br>   v. <br><br><br> **Sean Claggett**, <br><br>   Defendant. | CIVIL ACTION FILE <br> NO. 1:20-cv-01702-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion for Voluntary Dismissal [Doc 37] in this case for Tuesday, April 20, 2021 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom.  Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.  Orders should be submitted by email to:** sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 25th day of February, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE