# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-01702-WMR
## Keenan's Kids Foundation, Inc. v. Claggett
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 04/27/2021.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:30 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:00                   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bowler representing Keenan's Kids Foundation, Inc.<br>Lindsay Henner representing Keenan's Kids Foundation, Inc.<br>Joseph Sharp representing Sean Claggett |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [37]Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court conducted oral argument via Zoom video call. Defendant has 10 days from tomorrow to file a counterclaim seeking declaratory judgment. Plaintiff is obligated under the local rules to answer any counterclaim, if Defendant chooses to file one. If Defendant does not, the Court will enter an order dismissing the complaint without prejudice. |
| HEARING STATUS: | Hearing Concluded |